Submitted on petition for review filed July 27, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration January 27, 1995

STATE OF OREGON,
*Respondent on Review,*

*v.*

ROBERT BRUCE LESLIE,
*Petitioner on Review.*

(CC 92CR-0266, 92CR-0145;
CA A76472 (Control), A76532; SC S41491)

887 P2d 789

Sally L. Avera, Public Defender, Salem, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994), and *State v. Martin*, 320 Or 448, 887 P2d 782 (1994).